## United States District Court Violation Notice

CVB Location Code: MY10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| R 3303787 | CORTEZ D | C1353 |

R 3303787

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/29/2012 4:50 Pm | 17-107 |

Place of Offense: MAIN GATE ON ANDREWS AFB

Offense Description: DRIVING UNINSURED VEHICLE

DEFENDANT INFORMAT[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| LETOURNEAU | ELIZABETH | C |

[redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| DN8606 | DC | 04 | SATURN ION | BLACK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: | Date (mm/dd/yyyy): | Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______________________

DO Form 1805 (Rev. 07-05) Original - CVB Copy Previous edition is obsolete

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on JULY 29, 2012 while exercising my duties as a law enforcement officer in the JBA District of PRINCE GEORGES COUNTY, SSGT BREVEL AND I WERE DISPATCHED TO THE MAIN GATE FOR AN BOLO INDIVIDUAL. UPON ARRIVING ON SCENE I MADE CONTACT WITH THE DEFENDANT. WHEN ASKED FOR HER DRIVER'S LICENSE, SHE STATED THAT SHE DID NOT HAVE IT ON HER AND THAT ONE WAS BEING MAILED TO HER. I ASKED IF SHE HAD ANY DOCUMENTATION THAT STATED SHE HAS A DRIVER'S LICENSE AND/OR ONE IS BEING SENT TO HER. SHE REPLIED, "NO." I [illegible] THEN ASKED HER FOR PROOF OF INSURANCE AND REGISTRATION FOR THE VEHICLE. SHE HANDED ME AN EXPIRED INSURANCE CARD AND CURRENT REGISTRATION. I THEN WENT INSIDE THE GATESHACK TO WRITE HER VIOLATION NOTICE

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/2012 ______________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge