**United States District Court Violation Notice**

CVB Location Code: MY10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| R 3303785 | CORTEZ D | C1353 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 07/29/2012 4:50pm | 16-112 (c) |

Place of Offense: MAIN GATE ON JOINT BASE ANDREWS

Offense Description: FAIL TO DISPLAY LICENSE ON DEMAND

DEFENDANT INFORMA[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| LETOURNEAU | ELIZABETH | C |

[redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| DW 8806 | DC | 04 | SATURN VON | BLACK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50.00 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 75.00 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

DD Form 1805 (Rev. 01-09) Original - CVB Copy Previous edition is obsolete.

R 3303785

TD-07-031

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on JULY 29, 2012 while exercising my duties as a law enforcement officer in the JBA District of PRINCE GEORGES COUNTY, SSGT BEELER AND I WERE DISPATCHED TO THE MAIN GATE FOR A BOLO INDIVIDUAL. UPON ARRIVING ON SCENE, I MADE CONTACT WITH THE DEFENDANT, WHEN ASKED FOR HER DRIVER'S LICENSE, SHE STATED THAT SHE DID NOT HAVE IT ON HER AND THAT ONE WAS BEING MAILED TO HER. I ASKED IF SHE HAD ANY DOCUMENTATION THAT STATED SHE HAD A DRIVER'S LICENSE AND/OR ONE IS BEING SENT TO HER. SHE REPLIED, "NO". I THEN ASKED HER FOR PROOF OF INSURANCE AND REGISTRATION FOR THE VEHICLE. SHE HANDED ME AN EXPIRED INSURANCE CARD AND CURRENT REGISTRATION. I THEN WENT INSIDE THE GATESHACK TO WRITE HER VIOLATION NOTICE.

The foregoing statement is based upon:
- my personal observation
- X my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/2012 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge